UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

**Felix Cisneros,**
Petitioner,

v.

**Warden, FCI Herlong,**
Respondent.

FILED
APR 21 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

Case No. _____

**PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

2:25-CV-01155 CKD

## I. JURISDICTION

This Court has jurisdiction pursuant to 28 U.S.C. § 2241 because Petitioner is incarcerated at FCI Herlong in Lassen County, California, within the jurisdiction of the Eastern District of California. Petitioner challenges the manner in which his sentence is being executed by the Bureau of Prisons ("BOP"), specifically the improper denial and miscalculation of earned First Step Act ("FSA") Time Credits.

## II. CUSTODY INFORMATION

**Name:** Felix Cisneros
**Register Number:** 66019-112
**Institution:** FCI Herlong (Camp), Herlong, CA
**Sentencing Court:** U.S. District Court, Central District of California
**Sentencing Date:** November 21, 2022
**Sentence:** 85 months
**Projected Release (via GCT):** August 31, 2025

## III. FACTUAL BACKGROUND

See Exhibit C, which includes Petitioner's BP-8 (dated 2/19/25), BP-9 (dated 3/6/25), and the Warden's Response (dated 4/9/25), confirming the BOP disallowed 106 days solely due to a federal writ. These documents confirm both the factual basis of the FTC misapplication and that further exhaustion would be futile.

Petitioner has actively participated in Evidence-Based Recidivism Reduction (EBRR) programs and Productive Activities (PAs) under the FSA. As of April 2, 2025, he has accrued substantial FSA Time Credits. However, the BOP has disallowed 106 days solely due to a temporary federal writ, and also delayed the commencement of FTC accrual despite Petitioner's continuous eligibility.

Petitioner filed BP-8 and BP-9 forms (Administrative Remedy No. 1232331-F1) to challenge these denials and miscalculations. His BP-9 was denied on April 9, 2025.

## IV. CLAIMS FOR RELIEF

See Exhibit A, which outlines the proper legal method for calculating First Step Act Time Credits (FTCs) and Second Chance Act (SCA) placement using sentence structure, program participation, and applicable statutory credits.

**Ground One: Improper Denial of Earned Time Credits During Writ Transfer**

Petitioner asserts that the BOP unlawfully denied him FSA Time Credits while on a federal writ transfer, despite:

- Remaining under federal custody;
- Continuously participating in eligible programming;
- No lawful disqualifier under 18 U.S.C. § 3632(d)(4)(D).

This denial violates:

- *Sharma v. Peters*, No. 2:24-cv-00158, 2024 WL 140089 (M.D. Ala. Jan. 12, 2024): holding inmates on federal writs remain eligible for FTCs.

- *Woodley v. BOP*, No. 24-3053, 2024 U.S. Dist. LEXIS 87521 (D. Kan. May 15, 2024): rejecting internal policies used to override statutory language.
- *18 U.S.C. § 3632(d)(4)(D)*: which does not exclude FTC accrual while on a federal writ.
- *Rodriguez v. Smith*, 541 F.3d 1180 (9th Cir. 2008): due process is violated when BOP denies statutory rights without individual assessment.

**Ground Two: Unlawful Delay in Commencement of FTC Accrual from Date of Sentencing**

The FSA operates as a rolling system of accountability based on an inmate's continuous conduct and program participation. Petitioner's federal sentence began on November 21, 2022, and from that date forward, Petitioner began earning FSA credits. However, the BOP delayed the start date for FTC accrual by relying on internal policy and not accounting for statutory authority.

This practice is unlawful and violates:

- *Sharma v. Peters*, holding that FTCs begin accruing from the start of the federal sentence.
- *18 U.S.C. § 3632(d)(4)(A)*, which mandates that eligible inmates begin accruing time "for every 30 days" of successful participation after the commencement of their sentence.

**Ground Three: Accurate Calculation of FSA and SCA Dates Shows Early Eligibility**

As detailed in Exhibit B, Petitioner's lawful sentence calculation under the First Step Act and Second Chance Act results in:

- **GCT Adjusted PRD**: August 31, 2025
- **FTC Earnable**: 986 days
- **FSA Year-Off (365 days applied)**: November 30, 2024
- **Remaining FTC Days to Roll Back CPD**: 621 days
- **FSA Conditional Placement Date**: October 31, 2023
- **SCA Rollback (12 months)**: August 31, 2025

   **Petitioner's true lawful release date under proper FSA and SCA application is: August 31, 2025.**

This shows clear and prejudicial overdetention due to misapplication of FTCs and failure to follow governing law.

## V. EXHAUSTION OF ADMINISTRATIVE REMEDIES

See also Exhibit C for copies of Petitioner's administrative remedy documents.

Petitioner pursued the required administrative remedies:

- **BP-8 (Informal Resolution)**: filed and referenced in BP-9.
- **BP-9**: filed March 6, 2025.
- **BP-9 Denial**: April 9, 2025.

Petitioner has substantially complied with the exhaustion requirement. Further administrative steps would be futile and inadequate to prevent the irreparable harm of unlawful overdetention. Courts have long held that exhaustion is not required when pursuing it would be futile, particularly when the agency's position is predetermined and uniformly applied.

See:

- *Sharma v. Peters*, No. 2:24-cv-00158, 2024 WL 140089, at *4 (M.D. Ala. Jan. 12, 2024) (exhaustion waived where BOP's fixed policy rendered remedies ineffective);
- *Woodley v. BOP*, No. 24-3053, 2024 U.S. Dist. LEXIS 87521, at *8 (D. Kan. May 15, 2024) (waiving exhaustion to avoid continued unlawful incarceration);
- *Acevedo-Carranza v. Garland*, 7 F.4th 703, 707 (8th Cir. 2021) (futility exception applies when agency's position is fixed and further review is pointless).

## VI. PRAYER FOR RELIEF

Petitioner respectfully requests that this Court:

1. Grant this Petition for Writ of Habeas Corpus;
2. Order the BOP to restore the 106 disallowed FSA Time Credits;
3. Direct the BOP to begin FTC accrual from November 21, 2022;
4. Order a recalculation of Petitioner's Conditional Placement Date and Projected Release Date using full FTC and SCA credits;
5. Recognize August 31, 2025 as Petitioner's lawful release date as established in Exhibit B;
6. Grant any further relief the Court deems just and proper.

**Respectfully submitted,**

Dated: 4/14/25

**Felix Cisneros**
Pro Se Petitioner

*/s/ Felix Cisneros*

Declaration of Felix Cisneros

I, Felix Cisneros, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Petitioner in this action and I am currently incarcerated at FCI Herlong Camp in Herlong, California.

2. I am filing this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 to challenge the Bureau of Prisons' improper denial and miscalculation of my First Step Act Time Credits.

3. I have personally reviewed the facts and statements contained in this petition, and to the best of my knowledge and belief, they are true and correct.

4. I have attempted to resolve this matter administratively by filing a BP-8 and BP-9, both of which were denied, as shown in the attached exhibits.

5. I respectfully request that this Court grant the relief sought in my petition, including a recalculation of my release date in accordance with applicable law and my earned FSA Time Credits.

Executed this 14 day of April, 2025.

*/s/ Felix Cisneros*

Pro Se Petitioner

Felix Cisneros #66019-112

FCI Herlong – Satellite Camp

Federal Correctional Institution

P.O. Box 900

Herlong, CA 96113

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EXHIBIT A BREAKDOWN OF FIRST STEP ACT (FSA) AND SECOND CHANCE ACT (SCA) CALCULATIONS

1. Introduction

This document provides a comprehensive analysis of the proper calculation and application of Earned Time Credits (ETCs) under the First Step Act (FSA) and pre-release placement under the Second Chance Act (SCA). The calculations herein adhere stricktly to the statutory language of 18 U.S.C. § 3632(d)(4) (FSA) and 18 U.S.C. § 3624(c) (SCA), ensuring full compliance with federal law. This guide also addresses considerations for sentences that span the enactment of the FSA and the exclusion of pre-sentence detention periods from ETC calculations.

II. Statutory Basis for Earned Time Credits Under FSA
Under the First Step Act, eligible inmates can earn:

10 days of Earned Time Credit (ETC) for every 30 days of successfull participation in evidence-based recidivism reduction (EBRR) programs or productive activities (PAs).

An additional 5 days per 30 days if classified as "minimum" or "low risk" for recidivism over two consecutive risk assessments.

These credits must be applied toward either early release to supervised release (up to 365 days) or pre-release custody (Residential Reentry Center [RRC]/home confinement) as per 18 U.S.C. § 3624(g).

III. Sentence Calculation Example: 120-Month Sentence

   Step 1: Initial Sentence and Good Conduct Time (GCT) Reduction
      -Original Sentence: 120 months (10 years)
      -Good Conduct Time (GCT): Under 18 U.S.C. § 3624(b), inmates can earn up to
                  54 days of GCT per year.
                  120 months (10 years) x 54 days/year = 540 days
                  Remaining sentence after GCT: 102 months

1

•New projected release date (before FSA credits): Approximately February 28, 2027

Step 2: Earned Time Credit (FTC) Accumulation
 • FSA Credit Breakdown:
   1. First 6 months at 10 days per month: 6 x 10 = 60 days
   2. Remaining 96.25 months at 15 days per month: 96.25 x 15 = 1443.75
   3. Total FSA credits earned: 60 + 1443.75 = 1,503.75 days

Step 3: Application of Earned Time Credits
 • 365 Days Applied Towards Early Release (18 U.S.C. § 3624(g)(3)):
   New Release date: Approximately February 28, 2026
 • Remaining 1,138.75 FSA days applied toward pre-release custody (RRC/Home Confinement):
   1,138.75  3 years, 48 days
   New pre-release custody placement date: Approximately January 11, 2023

Step 4: Application of Second Chance Act (SCA) Placement
 • The SCA allows up to 12 months (10% of sentence) for pre-release placement (18 U.S.C. § 3624(c)).
   If the full 12 months of SCA placement is granted:
   New date for RRC/Home Confinement placement: Approximately January 11, 2022

IV. Legal Challenges to BOP's Misinterpretation

1. The BOP Cannot Discretionarily Delay Pre-Release Custody:
   • Woodley v. Warden, USP Leavenworth confirmed that "the BOP has no discretion to refuse or delay the transfer of petitioner to prerelease custody" once eligibility requirements are met.
   • The statutory language in 18 U.S.C. § 3624(g) uses "shall," meaning the transfer is mandatory, not discretionary.
2. BOP's Pattern of Unlawful FTC Delays:
   • Sharma v. Peters ruled that FTC credits must be applied when earned, not at the BOP's convenience.

2

- The court in Sharma v. Peters invalidated the BOP's requirement of the 180-day interval between risk assessments, finding that:
  - "The BOP's policy requiring a 180-day interval between PATTERN risk assessments before an inmate could earn an additional 5 days of FSA time credits lacks any basis in the Code of Federal Regulations or statutory law."

- The court also invalidated 28 C.F.R. § 523.41(c)(4)(ii-iii), confirming that FTC accrual must begin from sentence commencement, not after arrival at a BOP facility.
  - "(ii) An eligible inmate must maintain a minimum or low risk recidivism over two consecutive risk and needs assessments, conducted by the Bureau, spaced at least 180 days apart."
  - "(iii) If an inmate's risk level increases at any time, they must re-establish two consecutive assessments, each spaced at least 180 days apart, before additional time credits are awarded."

V. Rolling System of Accountability & Preventing Unlawful Shortening of FTCs

Supporting Case Law for Rolling System
- Yufenyuy v. Warden confirmed that the BOP's attempt to delay FTC accrual until arrival at a designated facility contradicts the plain text of 18 U.S.C. § 3585(a).
- Patel v. Barron held that BOP's internal guidance cannot override federal law when calculating FTC eligibility, confirming that federal courts must ensure compliance with 18 U.S.C. § 3632(d)(4).
- Broker v. Bowers established that the BOP has an ongoing pattern of unlawful FTC miscalculations that result in over-incarceration. The court confirmed that misapplied FTCs directly violate the statutory rights of inmates and must be corrected by judicial oversight.

- The FSA operates on a rolling basis, meaning credits accumulate over time.
- If the BOP subtracts the early release period before calculating total FSA, it unlawfully shortens earned time by approximately 180 days.

Pre-FSA & Pre-sentence Time Must Be Excluded from FTC Calculations
- FTC calculations must only consider time served after the enactment of the FSA (December 21, 2018).
- Pre-sentence detention time is also excluded under 18 U.S.C. § 3632(d)(4)(B).

3

## VI. Harm Caused by BOP's FTC Misapplications

Unlawful over-incarceration leads to:
- Denial of early reentry opportunities
- Loss of family & community reintegration benifits
- Missed employment opportunities
- Increased risk of recidivism due to delayed supervised release

Key judicial finding:
- Woodley v. BOP: The court mandated immediate release after miscalculation of FTCs led to extended incarceration.
- Sharma v. Peters: Found that the BOP's policies caused inmates to be held beyond their lawful release dates by failing to apply FTCs properly.
- Broker v. Bowers: Reinforced that BOP miscalculations have systematically resulted in unlawful incarceration.

## VII. Conclusion

Based on the calculations and legal precedents provided, the correct and lawful pre-release placement date should be approximately January 11, 2022, with a final sentence reduction date of February 28, 2026. Any deviation by the BOP from this statutory framework constitutes a misapplication of federal law and should be corrected by the court.

**\*\*SUBMITTED AS EXHIBIT A FOR THE COURT'S REVIEW\*\***

# EXHIBIT B

**Felix Cisneros – Time Credit Timeline and Release Calculation under the First Step Act (FSA) and Second Chance Act (SCA)**

---

This exhibit outlines the full step-by-step calculation of Felix Cisneros's projected release date using all applicable sentence adjustments, including Good Conduct Time (GCT), Prior Jail Credit (PJC), and FSA Time Credits (FTC), followed by his eligibility for Second Chance Act (SCA) prerelease placement.

---

## Step 1: Sentencing Date and Sentence Length

- **Sentenced**: November 21, 2022
- **Total Sentence**: 85 months

## Step 2: Apply Good Conduct Time (GCT)

- **GCT Rate**: 54 days per year
- **GCT Earned**: 7.08 years × 54 = 382.32 → **382 days (rounded per BOP policy)**
- **Adjusted Sentence After GCT**: 85 months – 12.6 months (382 days) = **72.4 months**

## Step 3: Apply Prior Jail Credit (PJC)

- **PJC Awarded**:
    - May 3, 2022 – November 20, 2022 = 202 days
    - March 2, 2021 = 1 day
    - **Total PJC** = 203 days = approx. 6.66 months
- **Adjusted Sentence After GCT and PJC**:
    - 72.4 months – 6.66 months = **65.74 months remaining to serve**

## Step 4: Calculate FTC Accrual Potential

- **FTC Rate**: 15 days per 30-day period
- **FTC Accruable Time**: 65.74 months
- **Total FTCs Earnable**: 65.74 × 15 = **986 FTC days**

## Step 5: Apply 365 FTC Days Toward Sentence Reduction (FSA Year-Off)

- **FTC Remaining After Year-Off**: 986 – 365 = **621 FTC days**

## Step 6: Roll Back 621 Days from GCT-Adjusted Release Date

- **GCT-Adjusted Projected Release Date**: June 29, 2027
- **Roll Back 621 FTC Days** (approx. 1 year, 8 months, 12 days):
  - New Conditional Placement Date (FSA): **October 31, 2025**

## Step 7: Apply SCA (12 Months Prerelease Placement)

- **SCA Rollback from FSA CPD**: October 31, 2025 – 12 months = **August 31, 2025**

---

## Final Outcome:

**Felix Cisneros's lawful, earliest eligible release date under FSA and SCA is: August 31, 2025**

This date reflects full compliance with statutory entitlements under 18 U.S.C. §§ 3585, 3624, and 3632 and assumes successful ongoing program participation with no disqualifications.

---

Submitted as Exhibit B in support of Petitioner's 28 U.S.C. § 2241 petition.

Exhibit C pg 1

# REQUEST FOR ADMINISTRATIVE REMEDY

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

3/6/25 issued BP
3/6/25 received BP

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **CISNEROS, FELIX**  **66019-112**  **CAMP**  **FCI HERLONG**
LAST NAME, FIRST, MIDDLE INITIAL / REG. NO. / UNIT / INSTITUTION

### Part A- INMATE REQUEST

I AM ATTEMPTING TO RESTORE FSA CREDITS THAT WERE DISALLOWED AFTER I WAS SENTENCED ON 11-22-22 AND ALSO FSA CREDITS THAT WERE DISALLOWED FROM 9-30-24 TO 12-20-24, WHILE I WAS ON FED WRIT. A COPY OF MY INFORMAL RESOLUTION BP-8 IS ATTACHED.

3-6-25
DATE                                                    Felix Cisneros
                                                        SIGNATURE OF REQUESTER

### Part B- RESPONSE

_____                           _____
DATE                                             WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

CASE NUMBER: **123233-F1**

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: _____

### Part C- RECEIPT

Return to: _____   _____   _____   _____
          LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____                      _____
DATE                               RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982
USP LVN

Exhibit C pg 2

```
U.S. Department of Justice                    Request for Administrative Remedy
Federal Bureau of Prisons                           Part B - Response
F.C.I. Herlong, California
```

Admin. Remedy Number: 1232331-F1

This is in response to your Request for Administrative Remedy dated March 6, 2025, wherein you request to restore FSA Credits which were disallowed from September 30, 2024, through December 20, 2024, while you were on a Federal Writ.

A review of this matter revealed your most recent FSA Time Credit Assessment worksheet dated March 13, 2025; indicates you have 106 days of disallowed program days. According to Program Statement 5410.01, First Step Act of 2018 – Time Credits: Procedures for Implementation of 18:U.S.C3632(d)(4), "(4)An eligible inmate, as described in paragraph (d) of this section, will generally not be considered to be "successfully participating" in (Evidence-Based Recovery Recidivism Reduction (EBRR) Programs or Pas (Productive Activities) in situations including, but not limited to: (iii) **Temporary transfer** to the custody of another Federal or non-Federal government agency (e.g., on state or **Federal writ**, transfer to state custody for service of sentence, etc.).

Your Unit Team has reviewed your FSA Time Credit earning status and determined you were on a Federal Writ from September 30, 2024, thru January 16, 2025, for a total of 107 days.

In view of the above, your request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with the above findings, you may submit a Regional Appeal via Form BP-230(13), to the Regional Director, Federal Bureau of Prisons, Western Regional Office, 7338 Shoreline Drive, Stockton, California, 95219, within 20 calendar days from the date of this response.

_For_ _[signature]_                                              4/9/25
S. Salmonson, Warden                                              Date

HER 1330.18B  SEPTEMBER 06, 2023
ATTACHMENT A

## INFORMAL RESOLUTION

An inmate with a valid complaint should complete the first three sections below and submit the form to his/her respective Correctional Counselor.

1. __Felix Cisneros__  __66019-112__
   INMATE NAME          REGISTER NUMBER

   __CAMP__             __2-19-25__
   UNIT                 DATE

2. Nature of complaint (briefly state your problem):
   I AM ATTEMPTING TO RESTORE FSA CREDITS THAT WERE DISALLOWED DURING MY TRANSFER ON FED WRIT. I WOULD ALSO LIKE TO RESTORE TIME THAT WAS DISALLOWED AFTER I WAS SENTENCED. I SUBMITTED MY REQUEST TO CMC FINCH ON 1-22-25.

3. Inmate's efforts to resolve problem (includes contact with staff, Inmate Requests to Staff Member submissions, etc.):
   I SUBMITTED AN ELECTRONIC AND PAPER COPOUT REQUEST TO CMC FINCH ON 1-22-25.

4. Steps taken / advice given to inmate regarding complaint:
   Scan & email to C. Finch (CMC)

5. Informal Resolution WAS / WAS NOT accomplished (Circle One)

   _____      _____
   Correctional Counselor              Unit Manager

   __2/19/25__                         _____
   Date                                Date

(handwritten top margin: "2/19/25 issued PS"  "2/19/25 received PS")

Supporting Exhibits    Pg 1
for Computation of
Sentence.

```
HERGE  540*23 *                                          07-29-2024
PAGE 003    *        SENTENCE MONITORING                 11:22:42
                     COMPUTATION DATA
                     AS OF 07-29-2024

REGNO..: 66019-112  NAME: CISNEROS, FELIX

TOTAL PRIOR CREDIT TIME..........: 203
TOTAL INOPERATIVE TIME...........: 0
TOTAL GCT EARNED AND PROJECTED...: 544
TOTAL GCT EARNED.................: 108
STATUTORY RELEASE DATE PROJECTED: 12-04-2030
ELDERLY OFFENDER TWO THIRDS DATE: 01-20-2029
EXPIRATION FULL TERM DATE........: 05-31-2032
TIME SERVED......................:    2 YEARS  2 MONTHS  28 DAYS
PERCENTAGE OF FULL TERM SERVED..:   22.2
PERCENT OF STATUTORY TERM SERVED:   26.1

PROJECTED SATISFACTION DATE......: 05-08-2030
PROJECTED SATISFACTION METHOD....: FSA REL
    WITH FSA CREDITS INCLUDED...:    210
```

```
HERGE  540*23 *                                          07-29-2024
PAGE 004    *        SENTENCE MONITORING                 11:22:42
                     COMPUTATION DATA
                     AS OF 11-27-2019

REGNO..: 66019-112  NAME: CISNEROS, FELIX

FBI NO...........: 767815HF3          DATE OF BIRTH: 04-16-1974  AGE: 50
ARS1.............: HER/A-DES
UNIT.............: 4 SCP               QUARTERS.....: C01-030L
DETAINERS........: NO                  NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 10-24-2019

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 11-27-2019 VIA GCT REL

              RELEASE AUDIT COMPLETED ON 01-29-2019 BY DSCC
-------------------------PRIOR JUDGMENT/WARRANT NO: 010 --------------------

COURT OF JURISDICTION............: CALIFORNIA, CENTRAL DISTRICT
DOCKET NUMBER....................:
JUDGE............................: SNYDER
DATE SENTENCED/PROBATION IMPOSED: 11-05-2018
DATE COMMITTED...................: 01-23-2019
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

               FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $400.00        $00.00         $00.00       $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO    AMOUNT: $00.00

---------------------------PRIOR OBLIGATION NO: 010 ------------------------

SENTENCE PROCEDURE...............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   12 MONTHS    1 DAYS
TERM OF SUPERVISION.............:    1 YEARS
DATE OF OFFENSE.................: 10-18-2013
```

G0002    MORE PAGES TO FOLLOW . . .            G0002    MORE PAGES TO FOLLOW . . .

Supporting Exhibits pg 2 for computation of sentence.



```
HERGE 540*23 *        SENTENCE MONITORING      *   07-29-2024
PAGE 001  *            COMPUTATION DATA        *   11:22:42
                       AS OF 07-29-2024

REGNO..: 66019-112 NAME: CISNEROS, FELIX

FBI NO............: 767815HF3      DATE OF BIRTH: 04-16-1974   AGE: 50
ARS1..............: HER/A-DES
UNIT..............: 4 SCP           QUARTERS.....: C01-030L
DETAINERS.........: NO              NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE...: 11-06-2029

FINAL STATUTORY RELEASE FOR INMATE: 12-04-2030 VIA GCT REL
       WITH APPLIED FSA CREDITS.: 210 DAYS
THE INMATE IS PROJECTED FOR RELEASE: 05-08-2030 VIA FSA REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------

COURT OF JURISDICTION.............: CALIFORNIA, CENTRAL DISTRICT
DOCKET NUMBER.....................:
JUDGE.............................: KLAUSNER
DATE SENTENCED/PROBATION IMPOSED..: 11-21-2022
DATE COMMITTED....................: 03-02-2023
HOW COMMITTED.....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED.................: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $3,000.00      $00.00          $10,000.00    $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO   AMOUNT: $00.00

REMARKS.......: 2:21-CR-00051(A)-RGK-1


G0002    MORE PAGES TO FOLLOW . . .
```

```
HERGE 540*23 *        SENTENCE MONITORING      *   07-29-2024
PAGE 002  *            COMPUTATION DATA        *   11:22:42
                       AS OF 07-29-2024

REGNO..: 66019-112 NAME: CISNEROS, FELIX

-------------------------CURRENT OBLIGATION NO: 010 -------------------------

SENTENCE PROCEDURE................: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 121 MONTHS
TERM OF SUPERVISION............: 3 YEARS
DATE OF OFFENSE................: 02-19-2016

-------------------------CURRENT COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 12-29-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-03-2023 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN............: 11-21-2022
TOTAL TERM IN EFFECT..............: 121 MONTHS
TOTAL TERM IN EFFECT CONVERTED....: 10 YEARS    1 MONTHS
EARLIEST DATE OF OFFENSE..........: 02-19-2016

JAIL CREDIT.......................: FROM DATE     THRU DATE
                                    03-02-2021    03-02-2021
                                    05-03-2022    11-20-2022


G0002    MORE PAGES TO FOLLOW . . .
```

# FSA Time Credit Assessment
Register Number: 66019-112, Last Name: CISNEROS

**U.S. DEPARTMENT OF JUSTICE**                                         **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 66019-112 | Responsible Facility: VVM |
| Inmate Name | Assessment Date.....: 12-29-2024 |
|   Last............: CISNEROS | Period Start/Stop...: 03-02-2023 to 12-29-2024 |
|   First...........: FELIX | Accrued Pgm Days....: 579 |
|   Middle..........: | Disallowed Pgm Days.: 89 |
|   Suffix..........: | FTC Towards RRC/HC..: 0 |
| Gender............: MALE | FTC Towards Release.: 255 |
| Start Incarceration: 11-21-2022 | Apply FTC to Release: Yes |

```
Start        Stop         Pgm Status   Pgm Days
03-02-2023   09-26-2023   accrue       208
  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60
-------------------------------------------------------
Start        Stop         Pgm Status   Pgm Days
09-26-2023   10-01-2024   accrue       371
  Accrued Pgm Days...: 371
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 195
-------------------------------------------------------
Start        Stop         Pgm Status   Pgm Days
10-01-2024   12-29-2024   disallow     89
  Not in qualifying admit status.

    Facility Category Assignment  Start                Stop
    HER      ARS      FED WRIT    09-30-2024 08:41     CURRENT
    8-M      ARS      A-ADMIT     09-30-2024 11:41     10-04-2024 18:38
    LOS      ARS      A-HLD       10-04-2024 15:38     12-20-2024 04:27
    8-M      ARS      RELEASE     10-04-2024 18:38     10-04-2024 18:38
    LOS      ARS      HLD REMOVE  12-20-2024 04:27     12-20-2024 04:27
    A01      ARS      A-ADMIT     12-20-2024 07:27     12-20-2024 15:13
    VVM      ARS      A-HLD       12-20-2024 12:13     CURRENT
    A01      ARS      RELEASE     12-20-2024 15:13     12-20-2024 15:13
--- FSA Assessment(s) ---------------------------------
  #    Start       Stop        Assignment  Asn Start           Factor
  001  03-02-2023  03-30-2023  R-LW        03-21-2023 14:51    10
  002  03-30-2023  09-26-2023  R-LW        03-23-2023 11:43    10
  003  09-26-2023  03-24-2024  R-LW        03-23-2023 11:43    15
  004  03-24-2024  09-20-2024  R-MIN       03-19-2024 13:01    15
```

12-29-2024                              (1)                    Assessment# -2143994510

*Exhibit supporting documentation for FTC pg 1*

**FSA Time Credit Assessment**
Register Number:66019-112, Last Name:CISNEROS

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ---------------
All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 12-29-2024. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1) THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a) CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 05-14-2028
Projected Release Method: GCT REL
FSA Projected Release Date: 09-02-2027
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 05-15-2027
SCA Conditional Placement Days: 365*
SCA Conditional Placement Date: 05-15-2026*
FSA Conditional Placement Days: 210
FSA Conditional Placement Date: 10-17-2026
Conditional Transition To Community Date: 10-17-2025*

*Default SCA conditional placement days. This requires a five-factor review!

*handwritten margin note: Exhibit supporting documentation for FTC Pg 2*

12-29-2024                                    (3)                        Assessment# -2143994510