KIMBERLY A. SANCHEZ
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FELIX CISNEROS,

               Petitioner,

v.

WARDEN, FCI-HERLONG,

               Respondent.

CASE NO. 2:25-CV-01155-CKD (HC)

ORDER

On August 5, 2025, the Respondent's requested an extension of time to September 16, 2025, to file its motion to dismiss or response to Petitioner's 28 U.S.C. 2241 petition. ECF 1.

IT IS HEREBY ORDERED that the Respondent's request for an extension is granted. The response is now due September 16, 2025.

Dated: August 6, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1