UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX CISNEROS,<br><br>   Petitioner,<br><br>  v.<br><br>WARDEN, F.C.I. HERLONG,<br><br>   Respondent. | No. 2:25-cv-1155 CKD P<br><br><br>ORDER |

  Respondent has requested an extension of time of 36 days to file a response to petitioner's petition for a writ of habeas corpus. Considering the time already provided to respondent, counsel for respondent's work conflicts, and petitioner's representation that a favorable result may result in a change to his custodial status, the court will grant respondent an extension of 18 days. Absent extraordinary cause, no further extensions will be granted.

/////
/////
/////
/////
/////
/////
/////

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's request for an extension of time (ECF No. 9) is granted in part; and

2. Respondent shall file a response to petitioner's petition for a writ habeas corpus no later than October 8, 2025. Petitioner may file a reply within 30 days of service of the response.

Dated: September 19, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cisn1155.eot