ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX CISNEROS,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN, FCI-HERLONG,<br><br>    Respondent. | CASE NO. 1:25-CV-01155-CKD<br><br>RESPONDENT'S MOTION FOR A STAY OF BRIEFING IN LIGHT OF LAPSE OF APPROPRIATIONS |

  The Respondent hereby moves for a stay of briefing in the above-captioned case.

  1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice (Department) expired and appropriations to the Department lapsed. This lapse in funding also affects the federal Bureau of Prisons (BOP). The Department does not know when funding will be restored by Congress.

  2. Absent an appropriation, Department attorneys and employees of the BOP (Western Regional Office) are generally prohibited from working[1], even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.[2] Civil matters, such as habeas corpus petitions under 28 U.S.C. § 2241,

---

[1] BOP attorneys and support staff are not permitted to work on any civil habeas matters during the government shutdown and have so advised the U.S. Attorney's Office. They are mostly furloughed, running minimal staff to handle only urgent matters of a criminal nature.

[2] The undersigned is working on criminal matters during the government shutdown.

RESPONDENT'S MOTION FOR EXTENSION OF TIME

do not fall within the ambit of 31 U.S.C. § 1342.  Furthermore, BOP's support is necessary for the undersigned counsel's preparation of briefs responding to civil habeas petitions under 28 U.S.C. § 2241.  Specifically, BOP personnel provide litigation reports, declarations, and supporting documents that address petitioners' claims, including the ones in this case.  Without access to this information, which BOP cannot provide during the government shutdown, Respondent cannot effectively respond to Petitioner's arguments.

    3.    Undersigned counsel for the Respondent therefore requests a stay of briefing until Congress has restored appropriations to the Department and BOP can provide the information necessary for counsel's preparation of Respondent's response to the petition.

    4.    If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  Respondent requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

    5.    In this particular case, counsel for Petitioner does not oppose Respondent's motion to stay briefing.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, Respondent hereby moves for a stay of briefing in this case until Department of Justice attorneys, including BOP attorneys and staff, are permitted to resume their usual civil litigation functions.

Dated:  October 8, 2025

ERIC GRANT
United States Attorney

By:  /s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

| | |
|---|---|
| 1 | ERIC GRANT |
| | United States Attorney |
| 2 | HEIKO P. COPPOLA |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX CISNEROS, | CASE NO. 2:25-CV-01155-CKD |
| Petitioner, | |
| | CERTIFICATE OF SERVICE BY MAIL |
| v. | |
| WARDEN, FCI-HERLONG, | |
| Respondent. | |

The undersigned hereby certifies that he/she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers. That on October 8, 2025, a copy of the RESPONDENT'S MOTION FOR STAY OF BRIEFING was served by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California. Addressee(s): **Felix Cisneros #66019-112 FCI-Herlong P.O. 900 Herlong, CA 96113**.

/s/ *C. Buxbaum*
C. BUXBAUM