UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX CISNEROS,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, F.C.I. HERLONG,<br><br>    Respondent. | No. 2:25-cv-1155 CKD P<br><br>ORDER |

Respondent has requested that this action be stayed because of the United States Government shutdown. As the shutdown has ended the request will be denied. Respondent will be ordered to file an answer to the pending petition for writ of habeas corpus by December 5.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's request that this matter be stayed (ECF No. 16) is DENIED as moot.
2. Respondent shall file a response to petitioner's petition for a writ habeas corpus no later than December 5, 2025. Petitioner may file a reply within 30 days of service of the response.
3. Petitioner's "motion to expedite" (ECF No. 12) is DENIED as moot.

/////

/////

/////

4. Petitioner's request that his habeas petition be decided without a response from respondent is (ECF No. 17) DENIED.

Dated: November 21, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/cisn1155.eot(2)