UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX CISNEROS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, F.C.I. HERLONG,<br><br>　　　　　Respondent. | No.  2:25-cv-1155 CKD P<br><br>ORDER TO SHOW CAUSE AND GRANTING THE MOTION FOR EXTENSION OF TIME |

　　　　On November 21, 2025, the court ordered that respondent file a response to petitioner's petition for a writ of habeas corpus by December 5, 2025.  Respondent missed the deadline. Instead, on December 9, 2025, respondent filed a motion for an extension of time of 7 days to file a response.  Counsel for respondent asserts:

> I am aware personnel from the office of the undersigned requested documents from BOP pertaining to Petitioner Cisneros. Those documents have not yet been received. BOP has indicated we should have the requested documents by COB Friday, December 12, 2025. Additionally, undersigned counsel has been in trial in *US v. Gaviola*, 1:22-CR-00233, which commenced on December 3, 2025 in Fresno, California.

　　　　Respondent has now had over six months to file a response in an action which is time sensitive as petitioner claims his release date has come and gone and that claim does not appear to be frivolous.  See ECF No. 10.  While counsel for respondent previously represented to the court that the recent government shutdown delayed a response by approximately six weeks, the

shutdown ended approximately one month ago giving respondent a total of over four months to craft a response. Counsel seemingly blames the delay on the Federal Bureau of Prisons (BOP), but counsel does not indicate when whatever documents needed were first requested, nor that counsel ever communicated with the BOP to stress any sense of urgency.

The court will grant respondent 7 additional days, but counsel for respondent will be ordered to show cause why monetary sanctions should not issue.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time (ECF No. 19) is GRANTED. Respondent's response to petitioner's petition for a writ of habeas corpus is due no later than December 16, 2025. **No further extensions of time will be granted**. Petitioner is granted 30 days from service of the response to file a reply.

2. Counsel for respondent shall SHOW CAUSE in writing no later than December 16, 2025, why sanctions should not issue for counsel's ignoring the December 5, 2025, deadline for filing a response to the petition for writ of habeas corpus and for unreasonably delaying these proceedings.

Dated: December 10, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/cisn1155.osc

2